**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00446-BNB

BERNARD KENNETH MYERS, also known as
BERNARD K. MYERS,
    Plaintiff,

v.

DORWIN DWAYNE HUMMEL, Personal Representative
    of the Estate of Sally Myers,
SALLY A. MYERS, Former Secretary to the Loveland Chief of Police
    and the Police Administrator, in her individual and official capacities,
ALICE JANE GARLAND, Former Loveland P.D. Employee, in her individual and
    official capacities,
DEBORAH LAWRENCE, Loveland[,] CO P.D. Employee, in her individual and official
    capacities,
ELIZABETH MARKHAM, City of Loveland Employee, in her individual and official
    capacities,
DANA D. WOODHAMS, City of Loveland, CO Employee, in her individual and official
    capacities,
DEE ANN BEAMAN, City of Loveland, CO Employee, in her individual and official
    capacities,
BILL CAHILL, Loveland, CO City Manager, in his individual and official capacities,
JOHN R. DUVALL, Loveland, CO City Attorney, in his individual and official capacities,
SHERLYN K. SAMPSON, Former Larimer County Clerk of the Court, in her individual
    and official capacities,
LARRY ABRAMSON, Larimer County District Attorney, in his individual and official
    capacities,
ELLIOT PHELPS, Larimer County D. A.'s Chief Investigator, in his individual
    and official capacities,
FRANK GAGLIARDI, Chief Fraud and Public Corruption Investigator for the Colorado
    Bureau of Investigation, in his individual and official capacities,
STEVEN G. FRANCIS, Attorney at Law,
RYAN G. CLEMENT, Attorney at Law,
PAUL GORDON, Attorney at Law, and
STEVE MCWHIRTER, Attorney at Law,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the motion (ECF No. 12) Plaintiff filed on

October 17, 2014, inquiring into the status of this case. The motion is GRANTED. The Court is in receipt of the second amended Complaint (ECF No. 11), and will rule on Plaintiff's case in due course. No further communications from Plaintiff are necessary.

Dated: October 24, 2014